# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUTH WILCOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:19-cv-02535-RDB |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant, Servis One, Inc. d/b/a BSI Financial Services, Inc., hereby submits the following information pursuant to Federal Rule of Civil Procedure 7.1.

One hundred percent of the equity of Servis One, Inc. d/b/a BSI Financial Services, Inc. is owned by BSI Financial Holdings, Inc. ("BSI Holdings"), a Delaware corporation. This is a privately-owned corporation. No corporation owns 10% or more of the voting rights of any class of the equity interests of BSI Holdings.

Dated: October 7, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward W. Chang*
　　　　　　　　　　　　　　　　　　　　　Edward W. Chang
　　　　　　　　　　　　　　　　　　　　　Attorney No.: 27319
　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Tel: (215) 569-5500
　　　　　　　　　　　　　　　　　　　　　Fax: (215) 569-5555
　　　　　　　　　　　　　　　　　　　　　Email: EChang@BlankRome.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant, Servis One, Inc.*
　　　　　　　　　　　　　　　　　　　　　*d/b/a BSI Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I, Edward W. Chang, hereby certify that on this 7th day of October, 2019, a true copy of the foregoing document was served on the following parties via the United States District Court's online case filing system, CM/ECF:

Phillip R. Robinson
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
*Attorney for Plaintiff*

Robert J. Schuckit
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
*Attorney for Defendant, Trans Union LLC*

S. Mohsin Reza
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
*Attorney for Defendant, Experian Information Solutions, Inc.*

Nathan Daniel Adler
Neuberger Quinn Gielen Rubin and Gibber PA
One South Street, 27th Floor
Baltimore, MD 21202
*Attorney for Defendant, Equifax Information Services, LLC*

                                                     */s/ Edward W. Chang*
                                                     Edward W. Chang