UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RUTH WILCOX, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| v. |
| SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, *et al.*, |
| Defendants. |

Case No.: 1:19-cv-02535-RDB

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant, Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but Solely as Trustee for Brougham Fund I Trust, hereby submits the following information pursuant to Federal Rule of Civil Procedure 7.1.

Wilmington Savings Fund Society, FSB is a wholly-owned subsidiary of WSFS Financial Corporation, a publicly-held corporation.

Dated: November 1, 2019

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Edward W. Chang*
Edward W. Chang
Attorney No.: 27319
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 569-5555
Email: EChang@BlankRome.com
*Attorney for Defendants, Servis One, Inc. d/b/a BSI Financial Services, Inc. and Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but Solely as Trustee for Brougham Fund I Trust*

# CERTIFICATE OF SERVICE

I, Edward W. Chang, hereby certify that on this 1st day of November, 2019, a true copy of the foregoing document was served on the following parties via the United States District Court's online case filing system, CM/ECF:

Phillip R. Robinson
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
*Attorney for Plaintiff*

Robert J. Schuckit
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
*Attorney for Defendant, Trans Union LLC*

S. Mohsin Reza
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
*Attorney for Defendant, Experian Information Solutions, Inc.*

Nathan Daniel Adler
Neuberger Quinn Gielen Rubin and Gibber PA
One South Street, 27th Floor
Baltimore, MD 21202
*Attorney for Defendant, Equifax Information Services, LLC*

                                                  */s/ Edward W. Chang*
                                                  Edward W. Chang